## CASE STATUS REPORT
### 19-54156-PMB

Our records indicate the following:

| | |
|---|---|
| Printed: | 02/02/2023 |
| Current Case Status: | ACTIVE |
| Date Filed: | March 15, 2019 |
| 341 Date: | April 30, 2019 |
| Bar Date: | 07/29/2019 |
| Funds on Hand: | $1,044.40 |
| Divd To Unsec: | 100.00 |
| Confirmed: | 09/20/2019 |

Through the above date, the debtor has paid a total of $97,044.00.

The monthly plan payments are $2,225.00.

In Re:  TREVILYN LEE JACKSON
3616 HERITAGE ESTATES
LITHONIA, GA  30038

The most recent debtor payments have been:

| | | | | | |
|---|---|---|---|---|---|
| 08/10/2022 > $1,120.00 | 08/23/2022 > $1,120.00 | 09/08/2022 > $1,120.00 |
| 10/05/2022 > $1,120.00 | 10/19/2022 > $1,120.00 | 11/01/2022 > $1,120.00 |
| 11/03/2022 > $1,120.00 | 11/22/2022 > $1,120.00 | 12/01/2022 > $1,120.00 |
| 12/13/2022 > $1,120.00 | 12/29/2022 > $1,120.00 | 01/10/2023 > $1,120.00 |
| 01/24/2023 > $1,120.00 | | |

The plan balances are as follows:

| PAYEE NAME | TYPE | CLAIM AMOUNT | PRIN PAID | INT PAID | INT DUE | INT RATE | TOTAL PAID | % TO U/S | BAL OWED* |
|---|---|---|---|---|---|---|---|---|---|
| SLIPAKOFF & SLOMKA, PC | Administrative | $4,610.00 | $4,610.00 | $0.00 | $0.00 | 0.00 | $4,610.00 | 100.00 | $0.00 |
| Georgia Department of Revenue | Priority | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Priority | $7,025.12 | $1,415.29 | $0.00 | $0.00 | 0.00 | $1,415.29 | 100.00 | $5,609.83 |
| HERITATE ESTATES | Secured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| OKinus, Inc | Secured | $3,241.00 | $3,241.00 | $371.84 | $0.00 | 4.50 | $3,612.84 | 100.00 | $0.00 |
| FOURSIGHT CAPITAL LLC | Secured | $38,776.61 | $38,776.61 | $4,039.80 | $0.00 | 5.50 | $42,816.41 | 100.00 | $0.00 |
| ONEMAIN FINANCIAL GROUP, LLC | Secured | $4,721.99 | $4,704.21 | $379.93 | $0.00 | 5.50 | $5,084.14 | 100.00 | $0.00 |
| Wells Fargo Bank N.A., d/b/a Wells Farg | Secured | $27,107.76 | $27,107.76 | $2,407.08 | $0.00 | 5.50 | $29,514.84 | 100.00 | $0.00 |
| BROKER SOLUTIONS, INC. DBA NEW | Secured | $26,183.98 | $2,746.45 | $0.00 | $0.00 | 0.00 | $2,746.45 | 100.00 | $0.00 |
| LVNV FUNDING LLC | Unsecured | $244.74 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $244.74 |
| CAPITAL ONE BANK (USA) N.A. | Unsecured | $429.29 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $429.29 |
| AMERICAN INFOSOURCE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| AT&T CORP BY AMERICAN INFOSOU | Unsecured | $624.75 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $624.75 |
| Credit One Bank | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| DEARBORN ANIMAL HOSPITAL | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| ERC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| INPHYNET PRIMARY CARE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | $1,765.61 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 100.00 | $1,765.61 |
| TREVILYN LEE JACKSON | Refund To Debt | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 |
| MELISSA J. DAVEY, TRUSTEE | Trustee Fee | | | | | | $6,199.63 | | |

The Debtor's attorney is:  SLIPAKOFF & SLOMKA, PC
6400 POWERS FERRY ROAD
SUITE 391
ATLANTA, GA  30339
(404) 800-4001

** May not include interest due or estimated Trustee Fees (if applicable)

Do not attempt to prepay or make lump sum payments to your Chapter 13 Case without first consulting with your attorney.

ATTENTION IF YOU ARE NOT PAYING 100% TO YOUR UNSECURED CREDITORS YOU MAY NOT BE ABLE TO RELY ON THE BALANCE INFORMATION ON THIS REPORT.

**Notice is hereby given that information relating to your Chapter 13 Bankruptcy case will be made available on the internet to your creditors and other parties in interest.**

Pursuant to 11 U.S.C. § 1302(b)(1) and 704(7), your Chapter 13 Trustee has a duty, unless otherwise ordered by the Bankruptcy Court, to furnish information concerning the administration of your bankruptcy case as is requested by parties in interest.

In furtherance of this duty, the Chapter 13 Trustee will make information available to parties in interest who request information such as the following:

1) Your name, address, bankrupcy case number, state and district in which your case is pending, and the Trustee assigned to your case. Your Social Security Number will not be visible to parties in interest, but they will be able to search for your bankruptcy case using your Social Security Number. Furthermore, your employer's name will not be displayed;

2) Information regarding claims filed against your bankruptcy case including the identity of the claimant, the type of claim (e.g., priority taxes, secured, unsecured, etc.), and the amount of the claim;

3) A history of all payments you make to the Chapter 13 Trustee in your bankruptcy case including the date and amount of each payment;

4) A history of all disbursements made by the Chapter 13 Trustee in your bankruptcy case including the date of the disbursement, the payee, and the amount;

You may review, without charge, the information about your Chapter 13 bankruptcy case that is posted on the Interent. If you believe the information about your bankruptcy case is inaccurate, you can contact the NDC to report the error and you should receive a written response from the NDC within thirty (30) days following receipt of such report.

The URL address where your information is posted is www.13datacenter.com which is operated by the National Data Center, Inc., ("NDC").



www.TFSBillPay.com

# The Automated & Online Solution for Chapter 13 Bankruptcy Payments



The challenge to surviving your bankruptcy is making payments on time and keeping accurate records. TFS provides an easy-to-use online payment option for your monthly bankruptcy payments. It's cheaper and hassle-free.

The other options for making your bankruptcy payments would require you to obtain money orders or certified checks **EVERY** month. Why wait in line at the bank and pay exorbitant bank fees? Make your payments automatically and from the privacy of your own home.

## Bankruptcy Payment Options Compared

|  | Cost | Convenient | Automated Payments | Private | Reminders and Notifications | Accurate Recordkeeping |
|---|---|---|---|---|---|---|
| TFS Bill Pay | $ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Certified Check | $$ | ✗ | ✗ | ✗ | ✗ | ✗ |
| Money Order | $$$ | ✗ | ✗ | ✗ | ✗ | ✗ |

With automated payments, reminders, and the ability to make bankruptcy payments from the comfort and security of your home, TFS Bill Pay is the obvious choice. Visit us today at www.TFSBillPay.com, or call 888-PAY-CH13 (888-729-2413).

Page 1 of 2




Have you recently filed a Chapter 13 Bankruptcy? Are you working through your Chapter 13 bankruptcy? Let us help you manage your case. You've taken the right step, and we're here to help.

**Quick and Easy Setup**

Estimated time: 5 minutes

WHAT YOU'LL NEED:
- ✓ Your full name
- ✓ Your bankruptcy case number
- ✓ The last four digits of your social security number
- ✓ Your Trustee's name
- ✓ List of your creditors from your bankruptcy case

[Get Started Now!]

**Benefits of Setting Up an Account**



**24/7 Access**

Access your bankruptcy information when it's convenient to you.



**Claim Summary**

View your transaction status and history to stay informed about your case.



**Stay on Track**

Keep yourself informed and on track during your payment plan.



**Online Support**

Find helpful answers to frequently asked questions.